**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R. TED KENNEDY,<br><br>        Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC, a limited liability<br>company; and DOES 1 through 10,<br>inclusive,<br><br>        Defendants. | Case No.:  2:18-cv-03829-R (JPRx)<br><br>**ORDER DISMISSING ACTION<br>WITH PREJUDICE** |

Pursuant to the parties' stipulation, this Court hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure.  Each party to bear its own fees and costs.

IT IS SO ORDERED.

Date:  August 31, 2018

_____
UNITED STATES DISTRICT JUDGE

1